

# THE ATTORNEY GENERAL
## OF TEXAS

JIM MATTOX
ATTORNEY GENERAL

This opinion has been withdrawn.

Opinion #C-473